# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| RYAN BERRY-VIERWINDEN, | ) | No. ED CV 15-23-R (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFREY A. BEARD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 27, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE